Frances McDonald, Harlan Golding and Floyd Golding, Appellants, v. Doreen Scanlon, Appellee.

Gen. No. 10,118.

opinion filed March 5, 1947; released for publication May 5, 1947. T. R. Johnston and Victor Lauridsen, for appellants; C. M. Granger, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.